# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Ciminski,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VectraRx Mail Pharmacy Services LLC,<br><br>　　　　　Defendant. | NO. CV-25-00085-TUC-JAS<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

　　IT IS ORDERED AND ADJUDGED pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), and Plaintiff having filed a Notice of Voluntary Dismissal, this action is hereby dismissed.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

April 9, 2025

　　　　　　　　　　　　　　　　　　s/ M. Espinoza
　　　　　　　　　　　　　　By　　Deputy Clerk